IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO LEWIS,

    Petitioner,           No. 2: 11-cv-1444 KJN P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.      ORDER
_____/

    Petitioner, a state prisoner proceeding without counsel, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254, and an application to proceed in forma pauperis. Neither of these documents is signed and dated by petitioner. See Local Rule 131(b) (all documents must be signed by the party if that party appears in propria persona.)

    Accordingly, IT IS HEREBY ORDERED that petitioner is granted twenty-one days from the date of this order to file a signed copy of his habeas corpus petition and in forma pauperis application.

DATED: June 7, 2011

                    KENDALL J. NEWMAN
                    UNITED STATES MAGISTRATE JUDGE

lew1444.ord